United States District Court

For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   NWAKUCHE UG,

10          Plaintiff,                                No. C 10-04737 JSW

11       v.

12   KONDAUR CAPITAL CORPORATION,                  **ORDER OF REMAND**

13          Defendant.

14   _____/

15          On October 20, 2010, Plaintiff attempted to remove an underlying state court action for

16   quiet title from Contra Costa County Superior Court.  Defendant subsequently filed a Motion to

17   Dismiss for Improper Removal and Failure to State a Claim Upon Which Relief May be

18   Granted ("Motion to Dismiss"), a Request for Judicial Notice ("Request for Judicial Notice"),

19   and Request to Participate by Telephone for Hearing on Motion to Dismiss ("Request to

20   Participate by Telephone").  *See* Docket Nos. 4, 5, 9.  Federal law provides that only a

21   defendant may remove an action to federal court.  *See* 28 U.S.C. § 1446.  As evidenced by the

22   notice of removal and the attached state complaint, Nwakuche Ug is the plaintiff in the state

23   case.  Therefore, removal to federal court by Plaintiff is improper.

24          Accordingly, the case is ordered to be REMANDED *sua sponte* to the Superior Court of

25   Contra Costa County, and Defendant's Motion to Dismiss, Request for Judicial Notice, and

26   ///

27   ///

28   ///

Request to Participate by Telephone are thereby moot.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  November 24, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NWAKUCHE et al,

          Plaintiff,

  v.

KONDAUR CAPITAL CORPORATION et al,

          Defendant.
_____/

Case Number: CV10-04737 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U G Nwakuche
1315 Alma Avenue #151
Walnut Creek, CA 94596

Dated: November 24, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk